818

No. 145. FOOTE MINERAL CO. v. MARYLAND CASUALTY Co. C. A. 6th Cir. Certiorari denied. *M. W. Egerton* and *W. W. Davis* for petitioner. *Charles E. McNabb* for respondent.

No. 146. BYRD v. SEXTON ET AL. C. A. 8th Cir. Certiorari denied. *Victor B. Harris, Harold C. Hanke* and *Luther Ely Smith, Jr.* for petitioner.

No. 148. CLIPPINGER ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Enos L. Phillips, Hurshal C. Tummelson* and *Ivan A. Elliott* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 149. WEBB ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 152. ALLENSWORTH v. FIRST GALESBURG NATIONAL BANK & TRUST Co. Supreme Court of Illinois. Certiorari denied.

No. 154. NAMOFF ET AL. v. HYLAND ELECTRICAL SUPPLY Co. ET AL. C. A. 7th Cir. Certiorari denied. *George Cohan* and *Max Cohen* for petitioners. *Porter R. Draper* for respondents.

No. 157. PEROTTI ET AL. v. OHIO. Supreme Court of Ohio. Certiorari denied.